FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CANAL INSURANCE COMPANY, | |
| Plaintiff, | No.  2:23-cv-00289-SAB |
| v. | |
| ALEX PISARENKO; and SAMUEL ROLON, | **ORDER OF DISMISSAL** |
| Defendants. | |

Before the Court is the parties' Motion to Dismiss, ECF No. 61. The parties stipulate and request the Court dismiss this matter with prejudice and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1.    The parties' Motion to Dismiss, ECF No. 61, is **GRANTED**.

2.    The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **keep the file closed**.

**DATED** this 1st day of April 2026.



Stan Bastian
Chief United States District Judge

ORDER OF DISMISSAL # 1